Scott W. Wellman [SBN 82897]
Anabella Q. Bonfa [SBN 175738]
Chris Wellman [SBN 304700]
**WELLMAN & WARREN LLP**
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
Telephone: (949) 580-3737
Facsimile:  (949) 580-3738

Attorneys for Defendants, TIME SQUARED GLOBAL, LLC; TIME SQUARED GROUP, INC.; SMGLOBAL, INC.; SEONG HYOUNG PARK aka HAROLD PARK and MEESON LEE aka ERICA LEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOOHA SHIN,<br><br>                Plaintiff,<br>v.<br>TIME SQUARED GLOBAL, LLC, et al.,<br>                Defendants.<br>_____<br>AND CONSOLIDATED MATTERS | CASE NO. 8:15-CV-00943-AG-GJS<br>Consolidated with Nos.:<br>8:15-CV-00945-AG-GJS and<br>8:15-CV-01345-AG-GJS<br>Judge:  Hon. Andrew J. Guilford<br>Courtroom: 10D<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date: August 15, 2017 |

## TO THE COURT

    In Accordance with Local Rule 16-15.7, Plaintiffs Jooha Shin, Li Ching Wang and Vincent Ta and Defendants Time Squared Global, LLC, Time Squared Group, Inc., SM Global, Inc. Seong Hyoung Park aka Harold Park and Meeson Lee aka Erica Lee

WELLMAN & WARREN
Attorneys at Law
24411 Ridge Route, Suite 200
Laguna Hills, CA  92653
(949) 580-3737

1

**NOTICE OF SETTLEMENT**

hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days in which to file the dismissal.

Dated: July 18, 2017				**WELLMAN & WARREN LLP**

					By: /s/Anabella Bonfa
						Scott W. Wellman
						Anabella Q. Bonfa
						Chris Wellman
						Attorneys for Defendants TIME
						SQUARED GLOBAL, LLC, TIME
						SQUARED GROUP, INC.,
						SMGLOBAL, INC.; SEONG
						HYOUNG PARK aka HAROLD PARK
						and MEESON LEE aka ERICA LEE

Dated: July 18, 2017				**LAW OFFICE OF KATHERINE NGUYEN**

					By: /s/Vinh Tran
						Vinh Tran
						Attorneys for Plaintiffs JOOHA SHIN,
						LI CHING WANG and VINCENT TA

WELLMAN & WARREN
Attorneys at Law
24411 Ridge Route, Suite 200
Laguna Hills, CA  92653
(949) 580-3737

2

**NOTICE OF SETTLEMENT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of July, 2017 I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which automatically sent email notification of such filing to all counsel who have entered an appearance in this action.

By: /s/anabella q. bonfa
Anabella Q. Bonfa

WELLMAN & WARREN
Attorneys at Law
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
(949) 580-3737

3

NOTICE OF SETTLEMENT